Case 8:20-cr-00276-TDC   Document 45   Filed 03/12/21   Page 1 of 1

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:58 pm, Mar 12 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___TTS___ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

vs.                                                           Case No.   TDC 20-cr-00276-1

**RODNEY JERROD JEFFERSON**

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _____JOHN MCKENNA_____, and the Government was represented by Assistant United States Attorney _____CATHERINE DICK_____, it is

**ORDERED,** this __12th__ day of __March__ 2021, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Gina L. Simms
United States Magistrate Judge